# Exhibit A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Diego Local Office

555 W. Beech St., Suite 504
San Diego, CA 92101
(619) 557-7235
FAX (619) 557-7274

# NOTICE OF CONSENT DECREE

This Notice is being posted pursuant to a Consent Decree entered by the Federal Court in the case of U.S. Equal Employment Opportunity Commission v. Tarr, Inc. and Zenith, LLC, Civil Case No. 17-CV-1660 W WVG, settling a lawsuit filed by the United States Equal Employment Opportunity Commission ("EEOC").

The EEOC is a government agency that enforces federal anti-discrimination laws in the workplace. In August 2017, the EEOC filed a lawsuit in the United States District Court against Tarr, Inc. and Zenith, LLC (collectively "Tarr"), alleging that it discharged at least two female employees based on pregnancy, a condition of their sex (female). Thereafter, Tarr settled the case by entering into a "Consent Decree" with the EEOC and paying monetary relief of $50,000. Pursuant to the Consent Decree, Tarr agreed to retain an external equal employment monitor, review and revise its equal employment policies and practices, provide annual anti-discrimination training for employees and managers, post a notice of settlement, and undertake record-keeping and reporting to the EEOC, among other things.

Federal anti-discrimination law prohibits harassment or discrimination against any employee or applicant for employment because of a person's age, disability, race, sex, pregnancy, color, religion or national origin.

Tarr is committed to complying with federal anti-discrimination laws in all respects, including preventing and remedying discrimination and harassment based on gender and/or pregnancy, and retaliation. Tarr will not tolerate harassment against employees on the basis of that person's sex, pregnancy, race, national origin, color, religion, disability, and age, and prohibits retaliation against any employee who complains about discrimination, files a charge of discrimination, or participates, gives testimony, or assists in any investigation regarding discrimination.

If you believe that you have been harassed, discriminated against because of your sex, pregnancy, national origin, age, race, color, religion, or disability, or retaliated against, you may seek assistance from:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

555 W. Beech St., Suite 504
San Diego, CA. 92101
1-800-669-4000