UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equal Employment Opportunity Commission, <br><br> Plaintiff, <br><br> v. <br><br> Tarr, Inc., et al. <br><br> Defendant. | Civil Case No. 17-CV-1660-W-WVG <br><br> NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge over all disputes arising out of the settlement agreement, including interpretation and enforcement of the settlement agreement.

| Printed names | Signatures of parties and attorneys | Dates |
|---|---|---|
| EEOC | [signature] | 4/23/18 |
| Tarr Inc. | Connie L. Michaels | 4/25/18 |
| Zenith, LLC | Connie L. Michaels | 4/25/18 |

REFERENCE ORDER

IT IS ORDERED: This case is referred to United States Magistrate Judge WILLIAM GALLO to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 4/27/18

[signature]
United States District Judge